```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   UNSEALING
                                    :   ORDER
        - v. -                      :
                                    :   19 Cr. 741
BRYAN COHEN,                        :
                                    :
        Defendant.                  :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Richard Cooper and Daniel Tracer;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:      New York, New York
            October 18, 2019

                                    _____
                                    THE HONORABLE STEWART D. AARON
                                    UNITED STATES MAGISTRATE JUDGE