# UNITED STATES DISTRICT COURT
for the

USA
__Plaintiff__
BRYAN v. COHEN
__Defendant__

) 
) 
) Case No.
) 
) 

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRYAN COHEN

Date: 10/10/2015

_Attorney's signature_

PATRICK J. Smith
_Printed name and bar number_

250 W. 55th St. 30th Flr
_Address_

Patrick.Smith@smithvillslaw.com
_E-mail address_

212-377-0851
_Telephone number_

_FAX number_