# MINTZ & GOLD LLP
ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
ROBIN C. FRIED
RYAN W. LAWLER*
MARIA EVA GARCIA*
GABRIEL ALTMAN
ABBYE L. LAWRENCE
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

October 24, 2019

Via ECF
Hon. William H. Pauley III, United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Bryan Cohen
19 Cr. 741 (WHP)

Dear Judge Pauley:

We represent Bryan Cohen, the defendant in the above-captioned matter. We write to advise the Court that Mr. Cohen wishes to terminate our representation. Accordingly, we seek

Hon. William H. Pauley III, United States District Judge
October 24, 2019
Page 2

an Order granting leave to withdraw as counsel pursuant to Local Criminal Rule 1.2. Attached hereto is a Proposed Order to that effect.

While Mr. Cohen seeks new counsel, we will continue to help him to obtain the United States Attorney's approval for the co-signatories of his bond and to facilitate the co-signatories signing the bond paperwork. Of course, we will cooperate fully with new counsel, once retained by Mr. Cohen.

We are available to appear for a conference at the Court's request.

Respectfully submitted,

MINTZ & GOLD LLP

Ira Lee Sorkin, Esq.
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
(212) 696-4848
sorkin@mintzandgold.com


CC:     Daniel Tracer, Esq.
        Richard Cooper, Esq.
        Assistant United States Attorneys
        United States Attorney's Office
        Southern District of New York
        One St. Andrew's Plaza
        New York, NY 10007

        *Via ECF*

        Bryan Cohen
        340 E. 23rd Street, Apt. 10F
        New York, NY 10010
        bryancohen@hotmail.fr

        *Via Mail and Electronic Mail*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :     19 Cr. 741 (WHP)
                                         :
BRYAN COHEN,                             :     PROPOSED ORDER
                         Defendant.      :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      Before the Court is an application by the defendant's counsel, Mintz & Gold LLP, to withdraw pursuant to Local Criminal Rule 1.2, based on the defendant's statement that he wishes to terminate the firm's representation.

      It is hereby ordered that Mintz & Gold LLP is relieved as counsel for the defendant.

Dated: October __, 2019
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.