UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ECF CASE** |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| | ) | |
| BRYAN COHEN, | ) | 19 Cr. 741 (WHP) |
| | ) | |
| Defendant. | ) | |

-------------------------------------------------------

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States Acting Under
Authority Conferred by 28 U.S.C. § 515

by:   /s/ Drew Skinner
       Drew Skinner
       Assistant United States Attorney
       (212) 637-1587