UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA      :

      - v. -            :

BRYAN COHEN,                  :

           Defendant.   :
- - - - - - - - - - - - - - - x

**ORDER**

S1 19 CR. 741 (WHP)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 7, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           January 28, 2020

                                    THE HONORABLE WILLIAM H. PAULEY III
                                    UNITED STATES DISTRICT JUDGE