UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   CONSENT PRELIMINARY ORDER
         - v. -                   :   OF FORFEITURE/
                                  :   MONEY JUDGMENT
BRYAN COHEN,                      :
                                  :   S1 19 Cr. 741 (WHP)
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about October 16, 2019, BRYAN COHEN (the "defendant"), was charged in a five-count Superseding Indictment, S1 19 Cr. 741 (WHP) (the "Indictment"), with, inter alia, conspiracy to commit securities fraud, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of the Indictment;

WHEREAS, on or about January 7, 2020, the defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, to the United States, pursuant to Title 18, United

States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) a sum of money equal to $260,000 in United States Currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $260,000 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, Assistant United States Attorneys, Richard Cooper, Daniel Tracer, and Drew Skinner of counsel, and the defendant, and his counsel, Benjamin Brafman, Esq. and Joshua Kirshner, Esq., that:

1.   As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $260,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable

to the offense charged in Count One of the Indictment, shall be entered against the defendant.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, BRYAN COHEN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.   All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.   The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.   Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

By: _____  1/7/2020
Richard Cooper/                  DATE
Daniel Tracer/Drew Skinner
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1027 / 2329 / 1587


BRYAN COHEN

By: _____  01/07/2020
BRYAN COHEN                     DATE


By: _____  1-7-20
Benjamin Brafman, ESQ.          DATE
Joshua Krishner, ESQ.
Counsel for Defendant
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, NY 10017

SO ORDERED:

_____  01-28-2020
HONORABLE William H. Pauley   DATE
UNITED STATES DISTRICT JUDGE