```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    CONSENT ORDER
                                     PURSUANT TO
        - v. -                  :    28 U.S.C. § 2044

BRYAN COHEN,                    :    S1 19 Cr. 741 (WHP)

                Defendant.      :

- - - - - - - - - - - - - - - X
```

WHEREAS, on or about October 22, 2019, the Honorable Judge William H. Pauley III, District Judge, Southern District of New York, ordered BRYAN COHEN (the "Defendant") released on $750,000 bail secured by three financially responsible persons and further secured by $250,000 cash/property, among other things;

WHEREAS, the Defendant personally posted $250,000 cash bail (the "Bail Funds") toward a $750,000 court-ordered personal recognizance bond, and the Bail Funds remain on deposit with the Clerk of Court (receipt number 465401246547);

WHEREAS, on or about January 7, 2020, the Defendant pled guilty to Count One of Superseding Indictment, S1 19 Cr. 741 (WHP);

WHEREAS, on or about January 28, 2020, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a money judgment in the amount of $260,000 in United

States currency (the "Money Judgment") against the Defendant; and

WHEREAS, the parties agree that that the Bail Funds shall be applied toward the payment of the Defendant's Money Judgment;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorneys, Richard Cooper, Daniel Tracer, and Drew Skinner of counsel, and the Defendant, and his counsel, Benjamin Brafman, Esq. and Joshua Kirshner, Esq., that:

1. In accordance with Title 28, United States Code, Section 2044, the Clerk of the Court shall pay the Bail Funds, less the Clerk's fees, if any, to the United States in the form of a check payable to the United States Marshals Service which shall reference the Defendant's name and case number, and be delivered to the United States Attorney's Office, One St. Andrew's Plaza, New York, NY, Attn: Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit.

2. Upon execution of this Order, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the Bail Funds, as a payment on the Money

Judgment, in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

[THIS SPACE LEFT INTENTIONALLY BLANK]

3. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrews Plaza, New York, New York, 10007.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____          3/24/2020
    RICHARD COOPER/                          DATE
    DANIEL TRACER/DREW SKINNER
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-1027/2329/1587

BRYAN COHEN

By: _____          3/19/2020
    BRYAN COHEN                              DATE

By: _____          3/19/20
    BENJAMIN BRAFMAN, ESQ.                   DATE
    JOSHUA KRISHNER, ESQ.
    Counsel for Defendant
    Brafman & Associates, P.C.
    767 Third Avenue, 26th Floor
    New York, NY 10017

SO ORDERED:

_____              April 20, 2020
WILLIAM H. PAULEY III                       DATE
U.S.D.J.                          4