UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :

        -against-                                           :          19 Cr. 741 (WHP)

Bryan Cohen,                                            :          <u>ORDER</u>
                           Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a sentencing via video conferencing on Thursday, June 4, 2020 at 11:00 a.m.  The Court will provide information to the parties to access the video conference in separate emails.  The public dial in phone number for the sentencing is 888-363-4749 and the passcode is 3070580.  The defendant's sentencing submission shall be filed by May 20, 2020 and the Government's sentencing submission shall be filed by May 27, 2020.

Dated: New York, New York
       May 19, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.
