UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

19-cr-741 (WHP)

---

UNITED STATES OF AMERICA

-against-

BRYAN COHEN,

Defendant.

---

**SENTENCING APPENDIX ON
BEHALF OF BRYAN COHEN**

 

**BRAFMAN & ASSOCIATES, P.C**.
*Attorneys for Bryan Cohen*
767 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 750-7800
Fax: (212) 750-3906

**Benjamin Brafman, Esq.**
**Joshua D. Kirshner, Esq.**
    *Of Counsel*

# United States v. Bryan Cohen
# Docket No.: 19-cr-741 (WHP)
# Sentencing Memorandum Exhibits

| | |
|---|---|
| Letter of Bryan Cohen | |
| Exhibit 1 | Letter of Bryan Cohen |
| Letters of Support | |
| Exhibit 2 | Letter of Yaëlle Cohen |
| Exhibit 3 | Letter of Robert Cohen |
| Exhibit 4 | Letter of Olga Savina |
| Selected Letters from Bryan's Family Members | |
| Exhibit 5 | Letter of Sacha Himy |
| Exhibit 6 | Letter of Valerie Perez |
| Exhibit 7 | Letter of Daniel Assayag |
| Exhibit 8 | Letter of Sarah Amar |
| Exhibit 9 | Letter of Maurice Amar |
| Exhibit 10 | Letter of Benjamin Perez |
| Exhibit 11 | Letter of Andre Perez |
| Exhibit 12 | Letter of Ariel Cohen |
| Exhibit 13 | Letter of Dominique Cohen Himy |
| Exhibit 14 | Letter of Dylan Himy |
| Selected Letters from Bryan's Friends | |
| Exhibit 15 | Letter of Jonathan Laloum |
| Exhibit 16 | Letter of Dionas Sotiriou |
| Exhibit 17 | Letter of Jonathan Wolff |

# United States v. Bryan Cohen
# Docket No.: 19-cr-741 (WHP)
# Sentencing Memorandum Exhibits

| | |
|---|---|
| Exhibit 18 | Letter of Jonathan Mrejen |
| Exhibit 19 | Letter of Stephanie Donaldson |
| Exhibit 20 | Letter of Eva Kortekaas |
| Exhibit 21 | Letter of Karl Reed |
| Exhibit 22 | Letter of Gema Martinez |
| Exhibit 23 | Letter of Alexandre Catena |
| Exhibit 24 | Letter of Timothée Briset |
| Exhibit 25 | Letter of Benjamin Salah |
| Exhibit 26 | Letter of Guillaume Garin |
| Exhibit 27 | Letter of Dario Mennini |
| Exhibit 28 | Letter of Paolo Guaragnella |
| Letters from Bryan's Work Connections and Colleagues | |
| Exhibit 29 | Letter of Hali Borenstein |
| Exhibit 30 | Letter of Vikas Bathla |
| Exhibit 31 | Letter of Uri Zahavi |
| Exhibit 32 | Letter of Hulisani Manyatshe |
| Exhibit 33 | Letter of Rajiv Daya |
| Exhibit 34 | Letter of Chloe Baker |
| Exhibit 35 | Letter of Yoni Ammar |
| Exhibit 36 | Letter of Siddharth Malik |
| Exhibit 37 | Letter of Eric Hamou |

# United States v. Bryan Cohen
## Docket No.: 19-cr-741 (WHP)
## Sentencing Memorandum Exhibits

| | |
|---|---|
| Exhibit 38 | Letter of Alexander Verbitsky |
| Letters from Bryan's Spiritual Leaders | |
| Exhibit 39 | Letter of Rabbi Shaul |
| Exhibit 40 | Letter of Rabbi Raskin |
| Letters from Bryan's Other Close Acquaintances | |
| Exhibit 41 | Letter of Angela Pouza |
| Exhibit 42 | Letter of Othman Djouada |
| Exhibit 43 | Letter of Michel Abitbol |
| Exhibit 44 | Letter of Gregory Levene |
| Exhibit 45 | Letter of Sonia Martel |
| Exhibit 46 | Letter of Viktoria Felchle |
| Exhibit 47 | Letter of Benoit Guillot |
| Exhibit 48 | Letter of Giulio de Angelis |
| Exhibit 49 | Letter of Steve Cohen |
| Additional Letters from Family Members | |
| Exhibit 50 | Letter of Margot Cohen |
| Exhibit 51 | Letter of Stephanie Amar |
| Exhibit 52 | Letter of Carole Perez |
| Exhibit 53 | Letter of Arnaud Nobile |
| Exhibit 54 | Letter of Michel Perez |
| Exhibit 55 | Letter of Kathy Amar-Perez |

# United States v. Bryan Cohen
## Docket No.: 19-cr-741 (WHP)
## Sentencing Memorandum Exhibits

| | |
|---|---|
| Exhibit 56 | Letter of Jonathan Perez |
| Exhibit 57 | Letter of Rohit Sawhney |
| Exhibit 58 | Letter of Laurent David Azran |
| Exhibit 59 | Letter of Catherine Perez |
| Exhibit 60 | Letter of Rudy-Roy |
| Exhibit 61 | Letter of Alexandra Hayate |
| Additional Letters from Bryan's Friends | |
| Exhibit 62 | Letter of Hedi Ben Salem |
| Exhibit 63 | Letter of Pierre-François de Bernardi |
| Exhibit 64 | Letter of Sezer Ozkul |
| Exhibit 65 | Letter of Thibault Veerasamy |
| Exhibit 66 | Letter of Pegah Esmaeili |
| Exhibit 67 | Letter of Wassil El Hebil |
| Exhibit 68 | Letter of Maciej Jama |
| Exhibit 69 | Letter of the Abitbol Family |
| Bryan's Specific Custody Implications: Supporting Documentation | |
| Exhibit 70 | The Aleph Institute Letter |
| Exhibit 71 | BOP Memorandum for CEOs, Increasing Population Levels in Private Contract Facilities (Jan. 24, 2018) |
| Exhibit 72 | OIG Report - Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons |

# United States v. Bryan Cohen
# Docket No.: 19-cr-741 (WHP)
# Sentencing Memorandum Exhibits

| | |
|---|---|
| Exhibit 73 | OIG Report – ICE Detainee Treatment and Care at Four Detention Facilities |
| Community Service Proposal: C.C.A.S. ||
| Exhibit 74 | C.C.A.S. Certificate |
| Exhibit 75 | Letter from Ms. Patricia Hauteur, Vice President C.C.A.S. |
| Exhibit 76 | C.C.A.S. Point Actions-Familles-Jeunes – Presentation (French) |
| Subrosa Group: Home Detention Proposal for Bryan Cohen ||
| Exhibit 77 | Subrosa Group's Proposal |
| Exhibit 78 | Subrosa Group – Resume of Key Operatives |
| Bryan Cohen's Medical: Supporting Documentation ||
| Exhibit 79 | Declaration from Dr. Maurice Levy, M.D. |
| Exhibit 80 | Dr. Allouche Medical Diagnosis |
| Exhibit 81 | Dr. Allouche Prescription (French) |
| Olga Savina's Medical: Supporting Documentation ||
| Exhibit 82 | Olga Savina's Medical Diagnosis |
| Bryan Cohen's French Properties: Purchase Summary ||
| Exhibit 83 | Bryan Cohen's French – Properties Purchase Summary |

**United States v. Bryan Cohen**
**Docket No.: 19-cr-741 (WHP)**
**Sentencing Memorandum Exhibits**

| | COVID-19 Pandemic: Supporting Documentation |
|---|---|
| Exhibit 84 | ACLU Report: COVID-19 Model Finds Nearly 100,000 More Deaths Than Current Estimates, Due to Failures to Reduce Jails |
| Exhibit 85 | COVID-19: The CIDRAP Viewpoint |