Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Yaëlle Cohen
▮
83700 Saint-Raphaël, FRANCE

Date: 3 February 2020

**Re: U.S. v. Cohen, 19 Cr. 741 (WHP)**

Your Honor,

Bryan is my son and since October 18, 2019, our life has come to a complete stop, our family has been shattered, our hearts are suffering a little more each day, I lost 35 pounds and started smoking again after stopping 11 years ago. My husband ▮ and my two younger sons are devastated and have cut themselves off from the outside world.

Your Honor, my son's fate is in your hands and it is with a face flooded with tears, day and night, that I, his mother, beg you to take the time to comprehend our 33 years of life together.

Bryan is the eldest of my 3 sons, we are a modest family and from a young age he has had a life filled with sacrifice, always focused on his work and towards others.

He is a very hard worker; a fighter with a big heart and his greatest happiness comes from giving and sharing.

My husband was very strict and uncompromising with him, he loved him, but he wanted Bryan to be perfect, he always had to be best at everything, leaving him no room for error. He was not supposed to cry or complain and in order not to disappoint his father, Bryan had to grow up as an adult, probably a little too fast...

Leaving aside his childlike soul, over the years he had to develop a thick skin to aim at being the best.

From the age of 5, my son had to reconcile school and sports at the same time, my husband wanted to make him a professional athlete. He told him that it was the school of life, transmitting the values of great effort, respect, honesty and courage.

He trained him in tennis every day after school as well as every weekend. He would yell at him all the time. My son never revolted, he accepted it, respected his father and repeatedly went through the training drills without diminishment of his persistence.

**EXHIBIT 2**
U.S. v. Cohen, 19 Cr. 741 (WHP)

The incessant trainings made that at 10 years old, he got his first national selection in tennis. Later, he became French golf champion, he was selected by the national team to pursue a full scholarship sport-study program for his last year of high school, he left for Montpellier at 16 years old.

My heart broke by his departure, he was so young!

From school to university, he was a brilliant student, always at the top of his class, he was admired by all his teachers and peers.

My son went to public schools, always remained humble and discrete, always with diplomacy and never judging people. I have witnessed him help his friends, his family and even strangers to perform either in their studies, their jobs or in their personal life. Everyone has always sought him out for his valuable, fair and straightforward advice.

He suffers from seeing others suffer.

He makes others feel important, he makes you feel special...

Bryan gives you wings, inspires you, motivates you, with him everything becomes possible.

In friendships, my son has remained faithful to his childhood and college friends – many of his closest friends have been by his side for the last 15 years. They have become an extension to our own family.

He is loyal and honest, never pretentious, never envious of other people's success.

Bryan paid entirely for his own education – we were a single income household. He tutored an array of subject to students; he even offered his tutoring services to those who couldn't afford it for free. He was only concerned with the success of each of his students.

I remember that, during his college years, Bryan also decided to help an old lady who was alone and needed help. He spent time by her side, read poetry to her and made her laugh. He gave her hope and strength to overcome a difficult period of her life.

He has a sincere generosity of heart, a natural gift. My son never left anyone by the side of the road...

After investing his heart and soul into his studies and internships, his focus paid off, and at the age of 23, he was offered a job at Goldman Sachs in London. Even though the finance world was foreign to my husband and I, we were extremely happy for and proud of our son. He achieved his goal through his hard work and sweat despite growing up in a small village in France.

Ten years of hard work, working 15 to 20 hours a day, he climbed the corporate ladder with success. He loved his job, his colleagues and his numerous mentees. Often, he would call me at 6 a.m. and I would say, "Why are you up so early? " he would answer "No mom, I haven't slept yet, I worked all night…".

Goldman Sachs was his second family!

Despite his remarkable career, my son never forgot where he came from, he kept his feet firmly on the ground. He never had any interest in excess, in luxury, or brands. I begged him to think a little about himself, to spoil himself occasionally, but he simply wasn't interested. It was obvious that his truest pleasure was and has always been to spoil his loved ones, spend time with, and share in happy moments with, his friends and family.

Bryan always made sure that we, his parents, and his brothers, never wanted or needed anything. Bryan was always very cognizant of our financial wherewithal, and knew we had a hard time making ends meet. When they were children we couldn't afford to go on vacations, apart from visiting family. Since Bryan started at Goldman Sachs, he gave us the great gift of going on a family vacation together once a year to a different destination.

Bryan is a simple, selfless and generous man.

My children are my oxygen, I have dedicated my life to them, I have been affectionate, always present, attentive to their education, they are the center of my existence. Bryan, his brothers and us his parents, are like the five fingers of the hand, inseparable.

For my son, family is his everything.

When Bryan lived in London, he would come home every month, even though he had to work constantly during his visits. He was still there to steal simple moments of happiness between us, he always made time for us.

Bryan always made certain to involve me in his daily life. Despite the distance, and his frantic pace of work, he always found time to call me, he knew it made me happy.

I missed him so much!

I often wondered if there were many children like mine who preferred to travel with their families, rather than with their friends? Or, if there are many children, who after each meal, say thank you and kiss their mother?

My sons are like that, and I thank g-d every day.

Bryan is the air that I breath, ███████████████████████████████, when he had just started at Goldman Sachs. He worked from my hospital bed to stay by near me day and night. It was Bryan who supported his brothers and father who were sinking. He led everything head-on, alone, yet he was still my child, but he didn't give himself the right to sink, he had to be strong, he put it on himself to be the pillar of the family.

After my ████████████████████████ My son worked with me on my personal and professional reconstruction. He wanted me to believe in my dreams, he spent hours helping me set up a new project, he motivated me, reassured me to give me hope for a better future. For 6 years, he didn't let me go, he was stealing time he didn't have.

He was my saviour!

Bryan was also very present for his brothers. He spent hours on the phone explaining courses to them, guiding them towards the right decisions to ensure their futures had a sound foundation, helping them find suitable jobs, and he even repaid their student loans to ease the future burden on them.

I've always said to Bryan, "but when are you going to start thinking about yourself? "he would say, "Mom, I'll make plans for me when my brothers finish school and find a steady job."

He looked after his brothers like a father.

My son suffered a great deal from the marital disputes between myself and my husband. Our family unit was ready to burst on two separate occasions. It was not his role, it was not his place, but he was our mediator for 3 years. He re-established the dialogue between us, he helped us make plans, see our future and exchange dialogue more calmly. Bryan was only 15 at the time.

He protected his brothers again; my son saved my marriage, and our family.

Bryan was also very present when I lost one of my brothers, one of my sisters, and more recently, in May 2019, when my mother, his beloved grandmother, passed away. He did not hesitate to hop on short flights to Montreal to visit with her regularly, many times just for a single night.

Having my son by my side throughout life's ups and downs has been an immeasurable support.


Your Honor, since my son's arrest, my head has been out of sorts by the all questions churning inside it.

We thought he was invincible; where did he find the strength to do all that he does? How much could Bryan carry on his shoulders? Who was there for him when he surely needed it? He never put his burdens on others.

We let ourselves be carried by Bryan as if we were all his children. We most certainly failed in our role as his parents, we are guilty, we are responsible for not being as present for him as he has always been for us.

Bryan remains a human being, with his strengths and weaknesses. This was a lapse in good judgment from a person who otherwise has always demonstrated great care and responsibility. It never happened to him before, he is beating himself up and would give anything to turn back the clock.

His life has been destroyed, his career in finance is over, his reputation and dignity have been shredded to pieces, and his aspirations to become American are gone. We had named our sons Bryan, Kevin and Greg (not traditional names for France), in the hope that one day they would

have the chance to settle in the United States. Bryan is now completely devastated by the thought of having shattered our dream.

Bryan is 33 years old; he was on the path to settling down and starting a family. We were looking forward to our future grandchildren. My husband is 63 years old and I will soon be 59.

Your Honor, my son has pleaded guilty for his actions, I've been living with him for the last four months and I see him agonize with remorse, he is ashamed, he is ruined, he is terrified. He wants to redeem himself and make amends so that he can move on towards his future and once again become that person that spreads happiness around him.

I wish I could take his place, my life without my son is not worth living.

Your honor, my heart as a mother bleeds, today I kneel before you and implore you to alleviate our suffering.

It is with breathlessness that we await your sentence.


Yaëlle Cohen

Mother of Bryan Cohen

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York. NY 10007

Yaëlle Cohen

83700 Saint-Raphaël, FRANCE

Le lundi 3 février 2020

**Objet : U.S. v. Cohen, 19 Cr. 741 (WHP)**

Votre Honneur,

Bryan est mon fils et depuis le 18 octobre notre vie s'est arrêtée, nous sommes une famille effondrée, le cœur rongé par la souffrance un peu plus chaque jour, j'ai perdu 15kg et repris la cigarette après 11 ans d'arrêt, mon mari ▮▮▮▮ et mes deux autres fils sont anéantis, ils se sont coupés du monde extérieur.

Votre honneur, le destin de mon fils est entre vos mains et c'est avec un visage inondé de larmes, jour et nuit, que moi, sa mère, vous supplie de lire nos 33 ans de vie passée ensemble.

Bryan est l'ainé de mes 3 fils, nous sommes une famille modeste et depuis son plus jeune âge, il a eu une vie de sacrifices, tournée toujours vers son travail et vers les autres.

C'est un travailleur acharné, un battant au grand cœur et son seul bonheur c'est de donner et partager.

Mon mari a été très sévère, stricte et intransigeant avec lui, il l'aimait mais il voulait que Bryan soit parfait, il fallait qu'il soit toujours le premier, ne lui laissant jamais de place à l'erreur. Il ne devait pas pleurer, ni se plaindre et pour ne pas décevoir son père, Bryan a été obligé de grandir comme un adulte, sûrement un peu trop vite…

Laissant de côté son âme d'enfant, au fil des années, il a dû se forger une carapace pour être le meilleur.

Dès l'âge de 5 ans, mon fils a dû concilier de front l'école et le sport, mon mari voulait faire de lui un sportif professionnel. Il lui disait que c'était l'école de la vie, transmettant les valeurs du goût de l'effort, de respect, d'honnêteté et de courage.

YC

Il l'entrainait au tennis tous les jours après l'école ainsi que tous les weekends. Il lui criait dessus constamment. Mon fils ne se révoltait jamais, il acceptait malgré lui en répétant les gestes, encore et encore.

Les entrainements incessants font qu'à 10 ans, il obtient sa première sélection nationale en tennis. Plus tard, il devient champion de France de golf, il est sélectionné par la fédération pour poursuivre un programme sport-étude, il part à Montpellier à 16 ans.

Mon cœur se brise par son départ, il était si jeune !

De l'école à l'université, il a été un élève brillant, il a toujours été en tête de classe, il faisait l'admiration de tous ses professeurs.

Mon fils a fréquenté des écoles publiques, il est resté humble et c'est avec discrétion, toujours avec diplomatie et jamais dans le jugement que je l'ai vu aidé ses amis, sa famille et même des inconnus à performer soit dans leurs études, leurs emplois ou dans leur vie personnelle. Tout le monde l'a toujours sollicité pour ses précieux conseils, justes et droits.

Il souffre de voir les autres souffrir.

Il fait en sorte que les autres se sentent importants, il vous fait sentir spécial…
Bryan vous donne des ailes, vous inspire, vous motive, avec lui tout devient possible.

En amitié, mon fils est resté fidèle, ses amis d'enfance et d'université sont toujours ses amis d'aujourd'hui depuis 15 ans. Ils sont devenus une extension de notre famille.

Il est loyal et intègre, il n'a jamais été prétentieux, ni envieux de la réussite des autres.

Bryan a payé ses propres études car nous n'avions qu'un seul salaire. Il a donné des cours de soutien scolaire à des enfants et étudiants riches ou pauvres, il acceptait même de donner des cours gratuitement pour les plus démunis. Il se souciait uniquement de la réussite de chacun de ses élèves.
Je me souviens que pendant ses études, Bryan avait décidé d'aider une vieille dame seule et dans le besoin. Il lui tenait compagnie, lui lisait de la poésie, et la faisait rire. Il lui a redonné de l'espoir et de la force pour surmonter une période difficile.
Il a cette générosité de cœur, comme un don naturel.

Mon fils n'a jamais laissé personne sur le bord de la route…

Après avoir investi cœur et âme dans ses études et ses stages, Bryan se fixe pour seul objectif d'intégrer Goldman Sachs. Grâce à sa persévérance, à 23 ans, il décroche une offre d'emploi chez Goldman Sachs à Londres.

Bien que le monde de la finance fût étranger à mon mari et moi, nous étions extrêmement heureux et fiers de notre fils. Il avait atteint son objectif grâce à la sueur de son travail et ce malgré avoir grandi dans un petit village français.

Dix ans de travail acharné, jusqu'à 15 à 20 heures par jour, il a gravi tous les échelons avec succès. Il adorait son travail, ses collègues et les jeunes qu'il formait. Souvent il me téléphonait à 6 heures

du matin et je lui disais « Pourquoi es-tu levé si tôt ? » il me répondait « Non maman, je n'ai pas encore dormi, j'ai travaillé toute la nuit… ».

Goldman Sachs était sa deuxième famille !

Malgré son parcours remarquable, mon fils n'a jamais oublié d'où il vient, il a gardé les pieds sur terre, le luxe, les marques ne l'intéressent pas, je le priais de penser un peu à lui, de se gâter mais je comprenais bien que son seul plaisir, c'était de dépenser pour donner du bonheur à ses amis et à sa famille.

Il s'est toujours assuré que nous et ses frères ne manquions jamais de rien. Bryan savait que nous avions des difficultés à joindre les deux bouts. Quand ils étaient enfants nous n'avions pas les moyens de partir en vacances sauf pour aller rendre visite à la famille. Depuis que Bryan a débuté à Goldman Sachs, il nous a donné le bonheur de partir une fois par an en famille, chaque année vers une destination différente.

Bryan est un homme simple, altruiste et généreux.

Mes enfants c'est mon oxygène, je leur ai voué ma vie, j'ai été affectueuse, toujours présente, attentive à leur éducation, ils sont le centre de mon existence. Bryan, ses frères et nous ses parents, sommes comme les 5 doigts de la main, inséparables.

Pour mon fils, la famille est le ciment de sa vie.

Quand il habitait Londres, il revenait tous les mois à la maison et même s'il devait travailler sans cesse, il était quand même présent pour voler de simples moments de bonheur entre nous, il nous a toujours planifié dans son agenda.

Bryan m'implique toujours pour me faire partager sa vie. Malgré la distance et son rythme de travail effréné, il trouvait toujours le temps de me téléphoner, il savait que ça me rendait heureuse.

Il me manquait tellement !

Je me posais souvent la question de savoir s'il y avait beaucoup d'enfants qui préfèrent voyager en famille plutôt qu'avec leurs amis ? S'il y a beaucoup d'enfants qui après chaque repas disent merci et embrasse leur mère ?

Mes fils sont comme ça, je remercie D. tous les jours.

Bryan est mon souffle, ████████████████, alors qu'il venait de débuter chez Goldman Sachs, il travaillait sur mon lit d'hôpital pour rester à mon chevet jour et nuit. Mes enfants priaient, c'est Bryan qui a supporté ses frères et son père qui sombraient. Il a tout mené de front, seul, pourtant il restait aussi mon enfant mais il ne se donnait pas le droit de faillir, il fallait malgré lui qu'il se montre fort, qu'il soit le pilier de la famille.

J'étais très triste.

Après ████████████████████████. Mon fils a œuvré à ma reconstruction personnelle et professionnelle. Il voulait que je croie en mes rêves, il a passé des heures à m'aider pour monter

un projet, il m'a remotivé, m'a rassuré pour me redonner l'espoir d'un avenir meilleur. Pendant 6 ans, il ne m'a pas lâché, il volait du temps qu'il n'avait pas.

Il a été mon sauveur !

Bryan a aussi toujours été très présent pour ses frères. Il a passé des heures au téléphone à leur expliquer des cours, il les a guidés pour qu'ils prennent les bonnes décisions, il les a aidés à trouver un emploi et a même remboursé leurs crédits étudiants.

J'ai toujours dit à Bryan « mais quand vas-tu commencer à penser à toi ? », il me répondait « Maman, je ferai des projets pour moi quand mes frères auront fini leurs études et trouveront un emploi stable ».

Il s'est occupé de ses frères comme un père.

Mon fils a beaucoup souffert des disputes conjugales entre mon mari et moi. La cellule familiale était prête à éclater à deux nombreuses reprises. Ce n'était pas son rôle, ce n'était pas sa place, mais c'est lui qui a fait le médiateur pendant 3 ans. Il a rétabli le dialogue entre nous, il voulait que l'on fasse des projets et que l'on échange calmement. Bryan n'avait alors que 15 ans.

Il a encore protégé ses frères, mon fils a sauvé notre couple et notre famille.

Bryan a aussi été très présent lorsque j'ai perdu un de mes frères, une de mes sœurs et plus récemment, en mai 2019, lors du décès de ma mère, sa grand-mère adorée. Il n'a pas hésité à venir régulièrement à Montréal pour venir la voir, même pour une seule nuit.

Avoir mon fils à mes côtés a été d'un soutien incommensurable.

Votre Honneur, depuis l'arrestation de mon fils, ma tête est malade par les questions qui tournent et se bousculent.

On le croyait invincible, mais où trouvait-t-il cette force pour toujours tirer la locomotive ? Combien Bryan pouvait-t-il porter sur ses épaules ? Qui a été là pour lui quand il en a eu besoin ?

Nous nous laissions porter par lui comme des enfants et avons manqué très certainement à notre rôle de parents, nous sommes meurtris, mais responsables de ne pas avoir été là pour lui comme il l'a toujours été pour nous.

Bryan reste un être humain, avec ses forces et ses faiblesses. Il a manqué de discernement, ça ne lui était jamais arrivé, il s'en veut et donnerait tout pour revenir en arrière.

Cette situation a détruit instantanément, sa vie, sa carrière, sa réputation, sa dignité et ses aspirations de devenir américain. Nous avions nommé nos fils par des prénoms américains Bryan, Kevin et Greg, espérant un jour qu'ils aient la chance de s'installer aux Etats-Unis. Bryan est aujourd'hui détruit par l'idée d'avoir brisé notre rêve.

Bryan a 33 ans, il devait fonder une famille, nous attendions impatiemment des petits enfants, mon mari a 63 ans et moi bientôt 59.

Votre Honneur, mon fils a plaidé coupable pour son erreur, je vis avec lui depuis 4 mois et je le vois rongé par le remord, il a honte, il est ruiné, il est terrifié. Il veut se racheter et se faire pardonner pour reconstruire sa vie et continuer à donner du bonheur autour de lui.

Je souhaiterais prendre sa place, ma vie sans mon fils ne vaut pas d'être vécue.

Votre honneur, mon cœur de mère saigne, aujourd'hui, je me mets à genoux devant vous et vous implore d'atténuer nos souffrances.

C'est avec le souffle coupé que nous attendons votre sentence.


Yaëlle Cohen

Mère de Bryan Cohen