UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

       -against-                                              :       19 Cr. 741 (WHP)

Bryan Cohen,                                                   :       <u>ORDER</u>
                            Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The sentencing scheduled for June 4, 2020 is adjourned to Tuesday, June 9, 2020 at 11:00 a.m.  The Court will provide information to the parties to access the video conference in separate emails.  The public dial in phone number for the sentencing is 888-363-4749 and the passcode is 3070580.

Dated: June 3, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.