# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN
———
MARK M. BAKER
OF COUNSEL
MARC A. AGNIFILO
OF COUNSEL
ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

October 19, 2020

**VIA ECF**
The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Bryan Cohen, 19 Cr. 741 (WHP)

Dear Judge Pauley:

We represent Bryan Cohen in the above-captioned matter. We write in response to the Court's October 19, 2020 order directing Mr. Cohen to provide the following information:

1. Mr. Cohen has previously surrendered his passport/travel documents to the Court upon his arrest in October 2019.

2. Mr. Cohen has not made any applications for passports/travel documents since his arrest in October 2019.

3. Mr. Cohen failed to notify his pretrial officer of his biometrics appointment on January 22, 2020 because he was not notified about the appointment.

Respectfully submitted,

Benjamin Brafman

cc:  All Counsel (via ECF)